# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **OTHINEL JARETTE ALLEYNE,**<br>   **Plaintiff**<br><br>  **v.**<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner**<br>**of Social Security Administration,**<br>   **Defendant** | No. 3:13cv889<br><br>(Judge Munley) |

## ORDER

**AND NOW**, to wit, this 2nd day of October 2014, it is **HEREBY ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation (Doc. 19) are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Schwab (Doc. 18) is **ADOPTED**;

3. The Clerk of Court shall enter judgment in favor of the Commissioner of Social Security and against Plaintiff Othinel Jarette Alleyne, as set forth in the following paragraph.

4. The Commissioner of Social Security's decision denying plaintiff's disability insurance benefits is **AFFIRMED** and the plaintiff's appeal is **DENIED**.

5. The Clerk of Court is directed to close this case.

               **BY THE COURT:**

               **James M. Munley**
               **JUDGE JAMES M. MUNLEY**
               **United States District Court**